ALGENE FISHER, Jr. # J-42468
Name and Prisoner/Booking Number
C.S.P SACRAMENTO
Place of Confinement
P.O. BOX 290066
Mailing Address
REPRESA, CA. 95671
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

**FILED**
Oct 28, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

AL GENE FISHER, JR,
(Full Name of Plaintiff)        Plaintiff,

v.

(1) ~~[redacted]~~ C/@ T. GALVEN
(Full Name of Defendant)

(2) C/O MARTELL

(3) C/O ABARCA (LIEUTENANT)

(4) C/O ~~[redacted]~~ AGUILAR (SERGEANT)
                        Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO.  **2:22-cv-1952-JDP (PC)**
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1.  This Court has jurisdiction over this action pursuant to:
    ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
    ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
    ☐ Other: _____.

2.  Institution/city where violation occurred: C.S.P. SACRAMENTO PRISON

Revised 3/15/2016                    1

ADDITIONAL PLANTIFFS

(5) C/O URIBE (SERGEANT)
(6) C/O NGUYEN
(7) C/O DIAZ
(8) C/O T. GUERRA
(9) C/O TAPIA
(10) C/O ST. TGELMEYER (LIEUTENANT)
(11) C/O MARTIN
(12) C/O SHULTZE
(13) C/O JOSEPH
(14) C/O A. DIAZ
(15) C/O KENDALL (SERGENT)
(16) L. ALEX (R.N.)
(17) A. AMAVISCA (R.N.)
(18) P. XIONG (R.N.)
(19) C/O KURGAN

1 (A)

## B. DEFENDANTS

1. Name of first Defendant: T. GALYEN _____. The first Defendant is employed as:
PEACE OFFICER _____ at C.S.P. SACRAMENTO _____.
(Position and Title)                    (Institution)

2. Name of second Defendant: MARTELL _____. The second Defendant is employed as:
PEACE OFFICER _____ at C.S.P. SACRAMENTO _____.
(Position and Title)                    (Institution)

3. Name of third Defendant: ABARCA _____. The third Defendant is employed as:
PEACE OFFICER _____ at C.S.P. SACRAMENTO _____.
(Position and Title)                    (Institution)

4. Name of fourth Defendant: AGUILAR _____. The fourth Defendant is employed as:
PEACE OFFICER _____ at C.S.P. SACRAMENTO _____.
(Position and Title)                    (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?    ☒ Yes    ☐ No

2. If yes, how many lawsuits have you filed? ONE . Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: AL GENE FISHER _____ v. T. FELKER, et al., _____
      2. Court and case number: U.S. DIST. COURT EASTERN DISTRICT No: 2:07-cv-0271-FMP-GWF
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) CASE WAS DISMISSED.
      _____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____
      _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____
      _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

(B.) ADDITIONAL DEFENDANTS

5. NAME OF FIFTH DEFENDANT: URIBE ____ , EMPLOYED AS:
PEACE OFFICER ____ AT C.S.P. SACRAMENTO

6. NAME OF SIXTH DEFENDANT: NGUYEN , EMPLOYED AS:
PEACE OFFICER ____ AT C.S.P. SACRAMENTO

7. NAME OF SEVENTH DEFENDANT: DIAZ ____ , EMPLOYED AS:
PEACE OFFICER ____ AT C.S.P. SACRAMENTO

8. NAME OF EIGHT DEFENDANT: T. GUERRA , EMPLOYED AS:
PEACE OFFICER ____ AT C.S.P. SACRAMENTO

9. NAME OF NINTH DEFENDANT: TARTA ____ , EMPLOYED AS:
PEACE OFFICER ____ AT C.S.P. SACRAMENTO

10. NAME OF TENTH DEFENDANT: STIGELMEYER , EMPLOYED AS:
PEACE OFFICER ____ AT C.S.P. SACRAMENTO

11. NAME OF ELEVENTH DEFENDANT: MARTIN ____ , EMPLOYED AS:
PEACE OFFICER ____ AT C.S.P. SACRAMENTO

12. NAME OF TWELVETH DEFENDANT: SHULTZ ____ , EMPLOYED AS:
PEACE OFFICER ____ AT C.S.P. SACRAMENTO

13. NAME OF THIRTEENTH DEFENDANT: JOSEPH ____ , EMPLOYED AS:
PEACE OFFICER ____ AT C.S.P. SACRAMENTO

2 (A)

(B.) ADDITIONAL DEFENDANTS (CONTINUED)

14. NAME OF FOURTEENTH DEFENDANT: A. DIAZ _____, EMPLOYED AS:
POLICE OFFICER _____ AT SACRAMENTO _____

15. NAME OF FIFTEENTH DEFENDANT: KENDALL _____, EMPLOYED AS:
PONCE OFFICER _____ AT C.S.P. SACRAMENTO _____

16. NAME OF SIXTEENTH DEFENDANT: L. ALEX _____, EMPLOYED AS:
REGISTERED NURSE _____ AT C.S.P. SACRAMENTO _____

17. NAME OF SEVENTEENTH DEFENDANT: A. AMAVISCA _____, EMPLOYED AS:
REGISTERED NURSE _____ AT C.S.P. SACRAMENTO _____

18. NAME OF EIGHTEENTH DEFENDANT: P. XIONG _____, EMPLOYED AS:
REGISTERED NURSE _____ AT C.S.P. SACRAMENTO _____

19. NAME OF NINETEENTH DEFENDANT: KURGAN _____, EMPLOYED AS:
PONCE OFFICER _____ AT C.S.P. SACRAMENTO _____

2(B)

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: FIRST AMENDMENT VIOLATION RETALIATION BY PRISON OFFICIALS

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☒ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   ON JANUARY 9, 2022 C/O T. GALYEN TOLD OFFICER MARTEU AND AN UNKNOWN OFFICER I WAS IN MY CELL MASTURBATING, THESE OFFICERS CAME TO MY CELL AND FALSELY ACCUSED ME OF JACK-ING OFF TO MRS. GALYEN OVER THE TIER AND CALLING ME "WEIRDO, SEX OFFENDER" LOUD OVER THE TIER FOR ALL INMATES TO HEAR. HE THEN WENT TO AN INMATE JETTON # F-64512. IN A 6' CELL (31). I THEN RECIEVE A "KITE" (NOTE) SAYING C/MARTEU TELLING INMATES I'M A SEX OFF-ENDER AND "NEED TO GO" (MEANING HURT, SENT TO HOSPITAL ETC. THEN JAN. 14, 2022 C/O GALYEN WHO WAS NOT WORKING IN MY HOUSING CAME TO MY BUILDING WITH C/O NGUYEN, LIEUTENANT ABARCA, SERGEANT AGUILAR AND SERGEANT URIBE AND SEARCHED MY CELL AND TRASHED AND STOLE PERSONAL PROPERTY IN RETALIATION OF FALSE ALLEGATION OF MASTURBATING ON JAN. 9, 22 AND I BELIEVE ALSO BECAUSE OF FILING A COMPLAINT AFTER RECIEVING "KITE" THAT MYSTERIOUSLY WENT MISSING. AND I BELIEVE FOR SIGNING A SWORN DECLARATION FOR LAW OFFICE OF ROSEN, BIEN (COLEMAN CLASS ACTION ATTORNEY) AS A WITNESS OF OFFICERS ASSAULTING AN INMATE BECAUSE THEY KEPT CALLING ME A SNITCH IN FRONT OF INMATES. I FACED CONSTANT HARRASSMENT & RETALIATION AFTER FILING A P.R.E.A. COMPLAINT REGARDING THIS INCIDENT ON JAN. 27, 22 LOG # 216890 AFTER WHICH I WAS LATER ATTACKED ON MAY 5, 2022 BY INMATE JETTON # F-64512 AFTER BEING MANIPULATED BY OFFICERS.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   PROPERTY WAS DESTROYED (PERSONAL PHOTO'S THAT'S IRREPLACABLE OF DEAD RELATIVES), PROPERTY STOLEN (HEADPHONES, FOOD, ETC. IT ALSO SUFFERED PHYSICAL INJURIES FROM THE ATTACK FROM INMATE JETTON # F-64512 NEEDING SUTURES IN MY LIP.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim I? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level? STILL PENDING ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

## CLAIM II

1. State the constitutional or other federal civil right that was violated: <u>EIGHTH AMENDMENT VIOLATION</u>
<u>FAILURE TO PROTECT</u>

2. **Claim II.** Identify the issue involved. Check **only one.** State additional issues in separate claims.

☐ Basic necessities    ☐ Mail    ☐ Access to the court    ☐ Medical care
☐ Disciplinary proceedings    ☐ Property    ☐ Exercise of religion    ☐ Retaliation
☐ Excessive force by an officer    ☒ Threat to safety    ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

I FILED NUMEROUS COMPLAINTS NOTIFING ADMINISTRATION THAT OFFICERS KURGIN, MARTEL GILYEN, URIBE, NGUYEN, AGUILAR, ADIRCA AND OTHERS THAT I WAS A SNITCH, CHILD MOLESTER, RAPIST AND SEX OFFENDER — TELLING THIS TO INMATES IN AN ATTEMPT TO HAVE ME HURT OR KILLED. THEY WERE TELLING INMATES... "HE HAVE TO GO", MEANING THEY HAVE TO ASSAULT ME TO SEND ME TO THE HOSPITAL TO GET ME OFF THEIR YARD. ALL COMPLAINTS WENT UNHEARD AND NOTHING WAS DONE EVEN THOUGH I TOLD THEM I HAD SAFETY CONCERNS BUT I WAS LEFT ON THAT YARD TO BE EVENTUALLY ATTACKED BY INMATE JETTEN # E-64512 ON MAY 5, 2022 AND SENT TO OUTSIDE HOSPITAL (U.C. DAVIS) FOR HEAD AND FACIAL INJURIES AND GETTING (5) SUTURES ON MY LIP. THE COMPLAINTS ARE STILL PENDING. THERE IS CAMERA FOOTAGE OF INMATE JETTEN STRIKING ME (3) TIMES BEFORE I HAD TO DEFEND MYSELF AGAINST HIM. BUT HE WASN'T CHARGED FOR THE ASSAULT AND GREAT BODILY INJURY TO ME BUT I WAS SENT TO HOLE BECAUSE THEY ATTEMPTED TO COVER UP MY INJURIES AND DENY ME MEDICAL TREATMENT SHOWING COLLUSION BY OFFICERS THAT THEY SET-UP THAT ATTACK. THEY KNEW AN ATTACK WAS COMING DUE TO OFFICERS SPREADING PERSONAL CONFIDENTIAL INFORMATION ABOUT ME TO INMATES (THAT I WAS A SEX OFFENDER AND WORKING WITH LAWYERS ON THE INMATE WHO GOT ASSAULTED BY OFFICERS MONTHS PRIOR) OFFICERS TO GUERRA, TAPIA, MARTIN, SHULTZ, ALL ALLOWED INMATE JETTEN TO ASSAULT BEFORE I HAD TO DEFEND MYSELF.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

I WAS TREATED FOR HEAD AND FACIAL INJURIES AT U.C. DAVIS HOSPITAL AS WELL AS RECEIVING (5) SUTURES FOR LACERATION ON UPPER LIP.

5. **Administrative Remedies.**

a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?    ☒ Yes ☐ No

b. Did you submit a request for administrative relief on Claim II?    ☒ Yes ☐ No

c. Did you appeal your request for relief on Claim II to the highest level? *Still pending* ☐ Yes ☒ No

d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

## CLAIM III

1. State the constitutional or other federal civil right that was violated: *EIGHTH AMENDMENT VIOLATION UNNECESSARY EXCESSIVE USE OF FORCE*

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.

   ☐ Basic necessities    ☐ Mail    ☐ Access to the court    ☐ Medical care
   ☐ Disciplinary proceedings    ☐ Property    ☐ Exercise of religion    ☐ Retaliation
   ☒ Excessive force by an officer    ☐ Threat to safety    ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   ON MAY 5, 2022 OFFICERS MARTIN, T. GUERRA, SCHULTZE, AND TAPIA ALL USED UNNECESSARY FORCE BY DEPLOYING AN OUTRAGEOUS AMOUNT OF CHEMICAL WEAPONS INSTEAD OF PHYSICALLY INTERVENING THE ATTACK BY INMATE JETTON # F 64512 UPON MYSELF SPRAYING ME IN THE FACE BY MK9 OR STREAMER AND DEPLOYING (4) BLAST GRENADES AT ITS CAUSING ME TO HAVE A BAD ASTHMA REAKTION WHICH THEY DENIED ME TREATMENT OFFICERS STIGELMEYOR, JOESPH A. DIAZ, R. KENDALL AND AN UNKNOWN OFFICER ALL REFUSED TO TAKE ME TO INSTITUTION HOSPITAL FOR TROVMENT BUT LIED AND SAID I REFUSED ANOTHER FORM OF UNNECESSARY USE OF FORCE IS THEY LEFT ME LOCKED IN A HOLDING CELL WITH STANDING ROOM ONLY FOR (11) HOURS AND (30) MINUTES NO USE OF THE BATHROOM, NO MEDICAL ATTENTION, ONLY GIVEN WATER ONCE, FOR NO LEGITIMATE REASON. I HAD TO SEEK MENTAL HEALTH INTERVENTION AFTER I COULDN'T TAKE IT NO LONGER AND WANTED TO COMMIT SUICIDAL TO BE REMOVED FROM HOLDING CAGE AND RECIEVE MEDICAL ATTENTION. CAMERA FOOTAGE OF FIGHT (ASSAULT) AND TIME IN HOLDING CELL WILL VERIFY ALL THESE CLAIMS!

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   I SUFFERED BAD BACK PAIN FOR 11 HRS, BECAUSE I HAVE DOCUMENTED CHRONIC BACK PAIN. I STRUGGLED BREATHING FOR OVER 11 HOURS DUE TO ASTHMA AND I HAD TO ENDURE ALL THE PAIN FROM THE ATTACK I SUFFERED BY INMATE ALL THOSE HOURS, LACERATED LIP, HEAD, FACIAL, ELBOWS, AND KNEE INJURIES.

5. **Administrative Remedies.**

   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?    ☒ Yes    ☐ No

   b. Did you submit a request for administrative relief on Claim III?    ☒ Yes    ☐ No

   c. Did you appeal your request for relief on Claim III to the highest level? *Still Pending*    ☐ Yes    ☒ No

   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

**If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.**

## CLAIM IX

1. State the constitutional or other federal civil right that was violated: *EIGHT AMENDMENT VIOLATION MEDICAL NEGLECT*

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.

   ☐ Basic necessities  ☐ Mail  ☐ Access to the court  ☒ Medical care
   ☐ Disciplinary proceedings  ☐ Property  ☐ Exercise of religion  ☐ Retaliation
   ☐ Excessive force by an officer  ☐ Threat to safety  ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   ON MAY 5, 2022 AT APPROXIMATELY 12:48 I WAS TAKEN TO BREAKAWAY AFTER BEING ASSAULTED BY INMATE TETTON #E-64512 AND PLACED IN A HOLDING CAGE AFTER BEING SUBJECTED TO CHEMICAL WEAPONS BY OFFICERS. I COMPLAINED THAT I HAD ASTHMA AND COULDN'T BREATHE TO C/O TAPIA TOO NO AVAIL. I WAS MEDICALLY EVALUATED BY A NURSE (L. ALEX) AND TOLD HER I NEEDED MY ASTHMA INHALER WHICH SHE IGNORED. I ALSO TOLD HER I HAD INJURIES TO MY HEAD, FACE, TOP LIP, ELBOWS, AND KNEES WHICH SHE ALSO IGNORED AND THESIFIED HER REPORT (7219 FORM) SAYING I HAD NO INJURIES. HOWEVER MEDICAL WAS NOTIFIED ABOUT MY ASTHMA AND NURSE AMAVISCA CAME TOO EVALUATE ME BUT LT. STIGELMEYER DENIED HIM, HE WAS TOLD THEY'D TAKE ME TO HOSPITAL BUT NEVER DID BUT LATER LIED AND SAID I REFUSED. THEY FALSIFIED A REFUSAL FORM (R.N. AMAVISCA AND P. XIONG) SAYING I REFUSED TREATMENT BUT CAMERA FOOTAGE WILL SHOW NO ONE EVER BROUGHT ME ANY REFUSAL FORM. HOWEVER I WAS ALLOWED TO USE MY ASTHMA INHALER ONCE AFTER HOURS IN THE HOLDING CAGE BUT I HAD TO SUFFER (11) HOURS AND (50) MINUTES WITH MY INJURIES TO MY HEAD, FACE, LIP AND PROBLEMS BREATHING AFTER BEGGING OFFICERS TAPIA, A. DIAZ, JOSEPH, KENDALL, AND AN UNKNOWN OFFICER FOR MEDICAL TREATMENT ONLY TO BE IGNORED AND LEFT STANDING IN THAT CAGE IN PAIN FOR OVER ELEVEN HOURS. IT WASN'T UNTIL I TOLD MENTAL HEALTH AFTER SUFFERING A MENTAL BREAKDOWN THAT I NEEDED MEDICAL ATTENTION THAT I WAS FINALLY TAKEN TO CLINIC AND FINALLY TO U.C. DAVIS HOSPITAL TO BE TREATED.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   I SUFFERED FROM MILD ASTHMA ATTACKS FOR HOURS, CHRONIC BACK PAIN, CONTUSIONS TO HEAD AND FACE AND A LACERATION TO UPPER LIP THAT REQUIRED (5) SUTURES AND LEFT A PERMENANT SCAR ON MY LIP. I ALSO SUFFERED A MENTAL BREAKDOWN.

5. **Administrative Remedies.**

   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No

   b. Did you submit a request for administrative relief on Claim III?  ☒ Yes  ☐ No

   c. Did you appeal your request for relief on Claim III to the highest level? *Still Pending* ☐ Yes  ☒ No

   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.

## E. REQUEST FOR RELIEF

State the relief you are seeking:

PLAINTIFF RESPECTFULLY BEGS THE COURT TO REWARD THE PLAINTIFF PUNITIVE
DAMAGES OF $500,000 AS A RESULT OF SERIOUS BODILY INJURIES THAT LEFT
PERMENANT SCARS AND UNTOLD MENTAL ANGUISH, AND THAT THE COURT ORDER
A PRELIMINARY INJUNCTION AGAINST ALL DEFENDANTS TO STOP THE BRUTALITY, RETALIA-
TION AND HARRASSMENT FOR IT IS STILL GOING AND THAT I BE TRANSFERRED FROM THIS
PRISON IMEDIATELY FOR VIDEO FOOTAGE WILL PROVE ALL ALLEGATTIONS ARE TRUE. AND ALL
OFFICERS AND THEIR CO-WORKERS ARE STILL TORMENTING ME! THANK YOU!

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___10-28-22___
DATE

_____
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

# EXHIBITS

(1) LETTER FROM ATTORNEYS (COLEMAN CLASS-ACTION MONITORS)
ROSEN BIEN, GALVAN & GRUNFELD LLP



**ROSEN BIEN
GALVAN & GRUNFELD LLP**

P.O. Box 390
San Francisco, California 94104-0390
T: (415) 433-6830 • F: (415) 433-7104
www.rbgg.com

October 11, 2021

CONFIDENTIAL -- LEGAL MAIL

Al Gene Fisher, J42468
California State Prison-Sacramento
P.O. Box 290001
Represa, CA 95671

Re:   *Coleman v. Newsom*
      Our File No. 0489-03

Dear Mr. Fisher:

I am writing to send you the witness declaration that we spoke about during our confidential call. I appreciate your patience while I worked with the attorneys on this declaration. I am sending it to you inside a "CFAQ" for confidentiality and safety purposes.

Please carefully review the declaration.

**If you sign the declaration, you are swearing under penalty of perjury that everything in the declaration is true to the best of your knowledge. Penalty of perjury means that you could be charged with a crime if you lie in the declaration. It is incredibly important that everything in the declaration be truthful and accurate to the best of your knowledge.**

If anything in the declaration is inaccurate or states something that you do not know from your personal knowledge, please follow these instructions to fix the declaration:

1. Cross out the inaccurate information completely so that it is not possible to see the inaccurate information.

2. If you believe that you can correct the information to make it accurate, write changes onto the declaration by hand.

3. If you cross anything out or make any changes by hand, make sure to write your initials next to the crossed out portion and/or changes.

[3606362.1]

CONFIDENTIAL – LEGAL MAIL
Al Gene Fisher, J42468
October 11, 2021
Page 2

**Once you have reviewed the declaration, please initial the bottom-right corner of each page, sign and date the last page, and then return the declaration to us in the enclosed postage pre-paid envelope.**

Take care and thank you for everything.  Please do not hesitate to reach out with any questions at all.

Sincerely,

ROSEN BIEN
GALVAN & GRUNFELD LLP

*/s/ Heather Gans*

By:  Heather Gans
Investigator


ENCLOSED:   SASE; Declaration; CFAQ

[3806362.1]

P.R.E.A. COMPLAINT

STATE OF CALIFORNIA
**GRIEVANCE**
CDCR 602-1 (03/20)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 2

| **STAFF USE ONLY** | Grievance #: _216866_ | Date Received: _____ |
|---|---|---|
| | Date Due: _____ | |
| | Categories: _____ | |

*This is the process to ask for help with a complaint.*

Claimant Name: __AL FISHER__  CDCR #:_J-42468_ Current Housing/Parole Unit: _A-6-122_

Institution/Facility/Parole Region: ___SAC___

In order for the Department to understand your complaint, make sure you have answered the following questions:

- What is the nature of your complaint?
- When and where did the complaint occur?
- Who was involved?
- Which specific people can support your complaint?
- Did you try to informally resolve the complaint?
- What rule or policy are you relying on to make your complaint?
- Are there documents that would be helpful to support your position? List the documents if you do not have them. Please note that documents submitted with this form will not be returned. *I HAVE CELL SEARCH RECIEPT SIGNED*
- What specific action would resolve your complaint? *BY C/O GALYEN.*

CSP-SAC APPEALS
JAN 28 '22 AM11:25

ON JAN. 9, 2022 A FEMALE OFFICER NAMED T. GALYEN WORKED 3RD WATCH IN A-6 IN CONTROL BOOTH. AT 4:00 COUNT TIME SHE ANNOUNCED FOR ALL INMATES TO REMOVE WINDOW COVERS FROM CELL WINDOWS. THE OFFICER WHO WORKED ON FLOOR AND DID COUNT TOLD ME SPECIFICALLY TO REMOVE MY WINDOW COVER WHICH I HAD ON WINDOW BLOCKING THE VIEW OF MY TOILET AND SINK. AT FIRST I REFUSED STATING I NEEDED IT FOR PRIVACY SINCE A FEMALE WAS WORKING IN CONTROL BOOTH & CAN VIEW ME USING MY TOILET, ETC. AFTER THREATS OF BEING WRITE UP I REMOVED IT. FEMALE OFFICER (GALYEN) HEARD CONVERSATION. FOR THE NEXT (5) HOURS SHE VIEWED ME USING TOILET (URINATING, WASHING, ETC,) NUMEROUS TIMES MAKING FACIAL EXPRESSIONS. AFTER PROGRAM WAS OVER AT 9:00 P.M. AND IT WAS COUNT TIME I WAS STANDING AT MY TOILET URINATING I LOOKED UP TO SEE C/O GALYEN STARING AT ME INTENTLY WHICH MADE ME FEEL VIOLATED SO I PUT MY WINDOW COVER BACK UP AND TURNED OFF MY CELL LIGHT NOT FEARING A WRITE UP. A FEW MINUTES LATER C/O MARTELL AND THE OTHER OFFICER (NAME UNKNOWN) WHO WORKED THE FLOOR CAME TO MY CELL AND ASKED ME... "WHAT THE FUCK YOU DOING WEIRD"! I WENT TO DOOR AND ASKED THEM... "WHAT THE FUCK YOU MEAN WHAT I'M DOING — NOTHING"! MARTELL STARTED @ TO WALK AWAY SAYING OVER THE TIER... "FUCKING WEIRDO, SEX OFFENDER". A FEW MINUTES LATER HE DID 9:00 COUNT ON TOP TIER AND I HEARD TELL SOMEONE UP THERE... "WE GOT A WEIRDO DOWNSTAIRS IN 122 I THINK HE NEED TO GET DONE LIKE THAT DUDE IN 7-BLOCK", REFERING TO INMATE WHO GOT KILLED IN 7-BLOCK RECENTLY. THEN HE

DISTRIBUTION    Original: Claimant's File    Copies: DAI, DAPO, and Claimant

STATE OF CALIFORNIA
**GRIEVANCE**
CDCR 602-1 (03/20)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 2 of 2

WENT TO INMATE JET'SON CELL IN #131 WHO'S HIS PORTER/WORKER AND SAID LOUD OVER THE TIER... "WATCH OUT FOR THAT WEIRDO IN CELL 122 HE FUCKING JACKING OFF TO MS. G". REFERING TO OFFICER IN TOWER. C/O MARTELL DID THIS ALL IN AN ATTEMPT TO HAVE INMATES ASSAULT ME AS OFFICER'S DO FOR SUCH ACCUSATIONS. NEXT DAY I RECIEVED A KITE FROM SOMEONE SAYING C/O MARTELL TELLING INMATES I'M A SEX OFFENDER & NEED TO GO. ON JAN. 11, 2002 AT 4:00 COUNT TIME I CONFRONTED C/O MARTELL ABOUT WHAT HE'S BEEN SAYING & THAT I HEARD HIM MYSELF SAYING THOSE THINGS OVER THE TIER AND TO INMATE JET'SON. HE IMEDIATELY BLEW UP AND STARTING YELLING REAL LOUD... "I'LL TELL THE WHOLE TIER YOU'RE IN THERE JACKING OFF TO ALL THE FEMALES, YOU FUCKING WEIRDO". AND A LOT OF OTHER THINGS WE COULDN'T UNDERSTAND, NUMEROUS INMATES HEARD THIS OUTBURST INMATE BANKS CELL 123, TINOCO CELL #225, JET'SON CELL #131 AND OTHERS WHO'S AFRAID TO COME FORWARD. I WROTE AN EMERGENCY P.R.E.A. COMPLAINT ON JAN. 12, 2022 BUT HAD TO PUT IN INSTITUTIONAL MAIL BECAUSE WE COULDN'T GO TO ROTUNDA (COVID QUARINTINE) TO PUT IN BOX SO I NEVER HEARD BACK AND I PUT THE KITE IN THERE TELLING ME MARTELL TOLD INMATES I'M A SEX OFFENDER AND NEED TO GO. THIS IS MY SECOND COMPLAINT. THAT VERY NEXT DAY THE HARRASSMENT STARTED ON JAN. 14, 2022 THAT SAME FEMALE OFFICER WHO WALKED IN CONTROL BOOTH THAT JAN. 9, 2022 (I'M PRETTY SURE IT WAS THE 9TH) MS. GALYON WHO WAS NOT EVEN WORKING IN OUR BUILDING ON THIS DAY (THE 14TH) CAME INTO THIS BUILDING WITH LT. ABARCA(?) SGT. AGUILAR, SGT. URIBE, AND C/O NGUYEN AND CAME STRAIGHT TO MY CELL & TOLD ME TO STEP OUT AND COMMENCED TO TEAR MY CELL UP. TORE PERSONAL PICTURES OFF WALL THAT WAS NOT PORN & THREW AWAY, TOOK MY HEADPHONES AND OTHER ITEMS & LEFT MY CELL THRASHED. THREW FOOD & COSMETIC'S OUT ONTO THE FLOOR. YOU CAN TELL THIS WAS INTIMIDATION & HARRASSMENT. AFTER I TOLD THEM I KNEW WHAT THIS WAS ABOUT BECAUSE WHY WOULD THE LIEUTENANT LET MS. GALYON COME TO THIS BUILDING TO TEAR MY CELL UP AFTER SHE MADE A FALSE ALLEGATION & I COMPLAINED, AND SHE WASN'T EVEN ASSIGNED TO THIS BUILDING. THIS NIGHT (JAN. 14, 2022) LT. ABARCA TRIED TO SAY IT WAS A RANDOM SEARCH, THEN I HEARD WENT TO SEARCH OTHER CELL'S TO COVER UP MY HARRASS-MENT. SINCE, I BEEN GETTING HARRASSED DAILY BY THESE OFFICER'S AND VERBAL THREAT'S FROM INMATES. I WANT THIS THOUROUGHLY INVESTIGATED AND DOCUMENTED BECAUSE LAST TIME OFFICER'S DID THIS I WAS STABBED IN 2018. SO IN THE EVENT THIS HAPPEN AGAIN I WANT IT DOCUMENTED THAT I COMPLAINED & TRIED TO GET HELP THE RIGHT WAY.

**Reminder:** Please attach all documents in your possession that support your claim(s).

Please note that this form and supporting documents will not be returned to you.

Claimant Signature: _Al Fisher_     Date Signed: _1-27-22_



CALIFORNIA DEPARTMENT *of*
Corrections and Rehabilitation

# OFFICE OF GRIEVANCES DECISION

**Offender Name:** FISHER, AL GENE Jr        **Date:** 02/08/2022

**CDC#:** J42468

**Current Location:** SAC-Facility A        **Current Area/Bed:** A 006 1 - 022001L

**Log #:** 000000216866

---

## Claim #: 001

**Received at Institution/Parole Region:** California State Prison, Sacramento
**Submitted to Facility/Parole District:** SAC-Facility A
**Housing Area/Parole Unit:**
**Category:** General Employee Performance        **Sub-Category:** Other Staff Misconduct - NOS

The California Department of Corrections and Rehabilitation received your grievance on 01/28/2022 which you submitted on 01/27/2022.

Pursuant to the California Code of Regulations, title 15, your claim has been identified as an allegation of staff misconduct, meaning it will be referred outside the grievance and appeal process to an appropriate authority within the Department for the purpose of gathering facts needed to prove or disprove the allegation. A separate response will be provided to you at the conclusion of that process. This decision exhausts all administrative remedies available to you for this claim.

**Decision: Allegation of Staff Misconduct**

---

## Claim #: 002

**Received at Institution/Parole Region:** California State Prison, Sacramento
**Submitted to Facility/Parole District:** SAC-Facility A
**Housing Area/Parole Unit:**
**Category:** General Employee Performance        **Sub-Category:** Substandard Performance

The California Department of Corrections and Rehabilitation received your grievance on 01/28/2022 which you submitted on 01/27/2022.

Pursuant to the California Code of Regulations, title 15, your claim has been identified as an allegation of staff misconduct, meaning it will be referred outside the grievance and appeal process to an appropriate authority within the Department for the purpose of gathering facts needed to prove or disprove the allegation. A separate response will be provided to you at the conclusion of that process. This decision exhausts all administrative remedies available to you for this claim.

**Decision: Allegation of Staff Misconduct**

## Cell Search Worksheet

DATE: 1/14/22    TIME: 1750    CELL #: 122

### INMATES ASSIGNED TO THIS CELL

NAME: Fisher    NUMBER: 142468    NAME:_____    NUMBER:_____

### SEARCH CONDUCTED BY :

SUPERVISING OFFICER: T. Galyen    POSITION: C/O

CORRECTIONAL OFFICER (S): B. Nguyen / _____    POSITION: C/O

CELL CONDITION:_____
( INDICATE IF THE CELL CONTAINED ANY OF THE FOLLOWING ITEMS
AND IF THEY WERE PROPERLY FUNCTIONING AND LOCATED )

TELEVISION: ____    SERIAL #:_____/_____    WORKING: ✓    NOT WORKING:_____
RADIO: _____    SERIAL #:_____/_____    WORKING:_____    NOT WORKING:_____
CASSETTE: _____    SERIAL #:_____/_____    WORKING:_____    NOT WORKING:_____
OTHER: _____    SERIAL #:_____/_____    WORKING:_____    NOT WORKING:_____
COMMENTS:_____

### ITEMS CONFISCATED DURING SEARCH

** NOTE: INCLUDE REASON CONFISCATED AND DISPOSITION OF ALL ITEMS

ITEM (S): (2) STINGER, MUSHED APPLES, HOT PLATE, PORNAGRAPHIC PICS, EXCESSIVE T.P. TRASH, UNAUTHORIZED PILLOW, TWO BUCKETS, ALTERNATED LAUNDRY, PRUNO MATERIAL, PRUNO

REASON: CONTRABAND _____

_____

LOCATION: THROUGHOUT CELL _____

_____

DISPOSITION: HOT TRASHED. _____

_____

WAS A RULES VIOLATION REPORT ( CDC- 115 ) ISSUED FOR CONFISCATED CONTRABAND? YES / NO

IF YES:    REPORT WRITTEN BY:_____POSITION:_____

ISSUED TO INMATE (S)_____ / _____

SUPERVISOR:_____POSITION:_____

** NOTE: CELL SEARCHES ARE NOT INTENDED AS PUNISHMENT. SUPERVISORY STAFF SHALL BE RESPONSIBLE FOR ENSURING ALL STAFF RESPECTS INMATES PROPERTY DURING ANY CELL SEARCH, AND DOCUMENT ALL ITEMS CONFISCATED FROM CELL AND THE REASON FOR THE CONFISCATION. A COPY OF THIS WORKSHEET WILL BE LEFT IN THE CELL WHEN THE SEARCH HAS BEEN COMPLETED.

DISTRIBUTION: **WHITE:**    Facility Office    **YELLOW:** Inmate(s)
VGA-0376 (Rev. 10/96)

**Claim #: 003**

**Received at Institution/Parole Region:**    California State Prison, Sacramento
**Submitted to Facility/Parole District:**    SAC-Facility A
**Housing Area/Parole Unit:**
**Category:**    General Employee Performance        **Sub-Category:**    Substandard Performance

The California Department of Corrections and Rehabilitation received your grievance on 01/28/2022 which you submitted on 01/27/2022.

Pursuant to the California Code of Regulations, title 15, your claim has been identified as an allegation of staff misconduct, meaning it will be referred outside the grievance and appeal process to an appropriate authority within the Department for the purpose of gathering facts needed to prove or disprove the allegation. A separate response will be provided to you at the conclusion of that process. This decision exhausts all administrative remedies available to you for this claim.

**Decision: Allegation of Staff Misconduct**

*EMERGENCY*

STATE OF CALIFORNIA
INMATE/PAROLEE APPEAL FORM ATTACHMENT
CDCR 602-A  (REV. 03/12)                                                DEPARTMENT OF CORRECTIONS AND REHABILITATION
Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| | | 228391 | |
| | | FOR STAFF USE ONLY | |

Attach this form to the CDCR 602, only if more space is needed.  Only one CDCR 602-A may be used.

Appeal is subject to rejection if one row of text per line is exceeded.   WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| FISHER, AL | T-42468 | A-6-122 | N/A |

A.  Continuation of CDCR 602, Section A only (Explain your issue) : ON JAN 27, 2022 I
FILED A PREA COMPLAINT ON OFFICER'S HERE ON A-6.
ON 1-28-22, OR I BELIEVE ON 1-29-22 C/o KURGAN
WHO WORK IN A-6 CONTROL BOOTH ANNOUNCED TOO ME I
HAD TO REPORT TO WATCH OFFICE WHERE I WAS INTERVIEW
ED BY I BELIEVE AN I.S.U. OFFICER (NAME UNKNOWN)
FOR MY PREA COMPLAINT. UPON RETURNING TO BUILDING
C/o KURGAN CALLED ME A SNITCH AND MADE OTHER RE-
MARK'S LETTING ME KNOW HE KNEW WHAT THAT INTER-
VIEW WAS ABOUT. SINCE THEN C/o KURGAN BEEN TELLING
ANY NON-REGULAR OFFICER WHO WORK ON HIS SHIFT IN THIS
BUILDING THAT I'M A "WEIRDO" AND SNITCH AND "FUCK
HIM HE GOT NOTHING COMING", AND TELLING INMATES
TOO I'M A SNITCH AND SEX OFFENDER AND I GOT TO GO!
HE'S DENIED ME MY SHOWER AND PHONE CALL'S WHILE ON
QUARANTINE MANY TIMES WHICH IS INHUMANE, UNSANITARY
AND CAUSING ME MENTAL ANGUISH CAUSE I DON'T KNOW
WHAT TO DO ABOUT THIS BLATANT HARRASSMENT. I TALKED
TO SGT. GONZALES LAST WEEK AS WELL AS MY NEIGHBOR

Inmate/Parolee Signature: Al. Fisher                    Date Submitted: 2-25-22

CSP-SAC APPEALS
FEB 28 '22 PM12:24

STAFF USE ONLY

B.  Continuation of CDCR 602, Section B only (Action requested): _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Inmate/Parolee Signature: _____   Date Submitted: _____

STATE OF CALIFORNIA                                                           DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE/PAROLEE APPEAL FORM ATTACHMENT
CDCR 602-A (REV. 03/12)                                                                                        Side 2

**D. Continuation of CDCR 602, Section D only (Dissatisfied with First Level response):** IN CELL A-6-121 F/M AYALA
BECAUSE HE'S BEEN DENYING THEM OF THEIR SHOWER AND PHONE CALL'S AT
TIMES JUST TO HARRASS ME AND SAYING HE DIDN'T HAVE ENOUGH TIME TO
MAKE IT TO OUR CELL'S FOR SHOWER AND PHONES. HE TOLD SGT. GONZALES THAT
INMATES WERE TAKING TOO MUCH TIME AS THE REASON HE WAS NOT GETTING TO US
THAT "WE" NEED TO POLICE THE INMATES TO NOT TAKE TOO MUCH TIME. HE ADMITTED
TO SGT. GONZALES THAT HE WAS NOT DOING HIS JOB, BECAUSE IT'S NOT OUR
RESPONSIBILITY TO "POLICE" INMATES NOR CAN WE, FOR US TO BE GIVEN OUR
RIGHT'S, IN CLEAR VIOLATION OF TITLE 15 SECTION 3390, 3391 "EMPLOYEE
CONDUCT". THIS HAS BEEN AN ON-GOING PROBLEM WITH C/o KURGAN AND NOW HE'S
TARGETING ME WITH HIS HARRASSMENT DIRECTLY BECAUSE OF THE PREA COMPLAINT
I FILED AND I KNOW TRYING TO HAVE ME HURT OR KILLED. I TOLD MY CLINICIAN
ABOUT IT BECAUSE I'M HAVING PROBLEMS SLEEPING, EATING & CONCETRATING
BUT SHE TOLD ME ALL I CAN DO IS NOTIFY THE "COLEMAN" ATTORNEY'S OF
THE SITUATION AND WRITE A 602 WHICH I'M DOING AGAIN. AS I SAID I
TRIED TO TALK TO HIS SUPERIOR ABOUT THE SITUATION SGT. GONZALES TO NO AVAIL
THE HARRASSMENT HAS ONLY GOTTEN WORSE! I DON'T KNOW WHAT'S GOING TO
HAPPEN TOO ME ONCE WE'RE OFF QUARANTINE AND BACK TO REGULAR PROGRAM
WITH OTHER INMATES, NOR WITH C/o KURGAN, BECAUSE TODAY 2-25-22 HE
DIRECTLY THREATHENED ME FOR THE WHOLE SECTION TO HEAR THAT IF I KEPT
COMPLAINING HE'LL COME DOWN AND FUCK ME UP AND CHARGE ME FOR BATTERY!

Inmate/Parolee Signature: _Al Fisher_                    Date Submitted: _2-25-22_

**F. Continuation of CDCR 602, Section F only (Dissatisfied with Second Level response):** _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Inmate/Parolee Signature: _____          Date Submitted: _____



CALIFORNIA DEPARTMENT of
**Corrections and Rehabilitation**

# OFFICE OF GRIEVANCES DECISION

| | |
|---|---|
| **Offender Name:** FISHER, AL GENE Jr | **Date:** 03/08/2022 |
| **CDC#:** J42468 | |
| **Current Location:** SAC-Facility A | **Current Area/Bed:** A 006 1 - 022001L |

**Log #:** 000000228391

**Claim #: 001**

**Received at Institution/Parole Region:** California State Prison, Sacramento
**Submitted to Facility/Parole District:** SAC-Facility A
**Housing Area/Parole Unit:**
**Category:** General Employee Performance          **Sub-Category:** Substandard Performance

The California Department of Corrections and Rehabilitation received your grievance on 02/28/2022 which you submitted on 02/28/2022.

Pursuant to the California Code of Regulations, title 15, your claim has been identified as an allegation of staff misconduct, meaning it will be referred outside the grievance and appeal process to an appropriate authority within the Department for the purpose of gathering facts needed to prove or disprove the allegation. A separate response will be provided to you at the conclusion of that process. This decision exhausts all administrative remedies available to you for this claim.

**Decision: Allegation of Staff Misconduct**

*EMERGENCY*
MY LIFE IS IN DANGER

STATE OF CALIFORNIA
**GRIEVANCE**
CDCR 602-1 (03/20)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 2

| **STAFF USE ONLY** | Grievance #: _25 5170_ | Date Received: _____ |
|---|---|---|
| | Date Due: _____ | |
| | Categories: _____ | CSP-SAC APPEALS MAY 11 '22 |

_This is the process to ask for help with a complaint._

Claimant Name: _AL FISHER_ CDCR #: _T-42468_ Current Housing/Parole Unit: _CTC2/106_

Institution/Facility/Parole Region: _CSP-SAC_

In order for the Department to understand your complaint, make sure you have answered the following questions:

- What is the nature of your complaint?
- When and where did the complaint occur?
- Who was involved?
- Which specific people can support your complaint?
- Did you try to informally resolve the complaint?
- What rule or policy are you relying on to make your complaint?
- Are there documents that would be helpful to support your position? List the documents if you do not have them. Please note that documents submitted with this form will not be returned.
- What specific action would resolve your complaint?

I FILED (2) P.R.E.A. COMPLAINTS IN THE PAST FEW MONTHS FOR SEXUAL HARRASSMENT, THEN FOR FURTHER HARRASSMENT FOR FILING THAT COMPLAINT AND I STATED I HAD CONCERNS OFFICER'S WERE TRYING TO HAVE ME HURT OR KILLED BY TELLING INMATES I'M A SNITCH, RAPIST, CHILD MOLESTER AND SEX OFFENDER, AND THEY NEED TO GET ME OFF THE YARD. I WAS TALKED TOO BY I-S-U (I BELIEVE) AFTER FIRST COMPLAINT BUT NOTHING WAS DONE AND THE HARRASSMENT GOT WORSE. ON APRIL 20, 2022 I WAS FALSELY ACCUSED OF SEXUAL MISCONDUCT BY A FEMALE OFFICER (C/O DIAZ). AT FIRST SHE TOLD FLOOR STAFF SHE SAW ME ACTUALLY MASTURBATING STANDING AT MY CELL DOOR & SAW ME STROKING MY PENIS AND HAD FLOOR OFFICER'S ESCORT ME TO PROGRAM OFFICE HOLDING CAGE TO BE SENT TO AD-SEG. WHEN I EXPLAINED TO SGT. PORTER THERE'S NO WAY SHE COULD OF SEEN ME MASTURBATING OR STROKING MY PENIS I'M 5'6 TALL AND THE WINDOW ON CELL DOOR COME UP TO MY CHEST AREA, SO SHE COULD NEVER HAVE SEEN ME STROKING MY PENIS OR MY PENIS FROM THE CONTROL BOOTH & ASKED HIM TO GO INVESTIGATE, WHICH HE WAS KIND TO DO SO, AND WENT TO THE BUILD-ING TO SEE. AT WHICH TIME SHE CHANGED HER STORY & SAID SHE COULDN'T SEE MY GROIN AREA BUT I WAS SUPPOSEDLY MOVING MY HAND UP AND DOWN, SO SGT. PORTER DIDN'T SEND ME TO AD-SEG. BUT SHE WROTE ME UP FOR SEXUAL MISCONDUCT. WHEN I RETURNED TO BUILDING I ASKED HER WHY SHE LIE LIKE THAT? SHE TOLD ME... "JUST LIKE YOU SNITCHED AND LIED ON MS. GALYEN"! REFERRING TO THE FIRST P.R.E.A COMPLAINT I FILED. THEN I KNEW WHAT WAS GOING ON AND WAS AFRAID! I TOLD MY CLINICIAN, SHE SAID TO WRITE IT UP BUT I WAS SCARED. A FRIDAY'S LATER SHE (C/O DIAZ) WORKED IN OUR CONTROL BOOTH AGAIN, SHE WAS TALKING TO INMATE JETTON #F-64512 THROUGH DAYROOM WINDOW AND AS I WALKED BY I HEARD HER SAY... "SOMEBODY NEED TO FUCK THAT SNITCH UP" I SAID... "WHO THE FUCK YOU TALKING

DISTRIBUTION    Original: Claimant's File    Copies: DAI, DAPO, and Claimant

STATE OF CALIFORNIA
**GRIEVANCE**
CDCR 602-1 (03/20)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 2 of 2

ABOUT "? SHE SLAMMED THE WINDOW SHUT. I ASKED HIM (JETTON) WAS SHE TALKING ABOUT ME, HE SAID "YOU'RE THE ONLY ONE OVER HERE"! I WENT TO MY CELL. ON MAY 5, 2022 I OVERHEARD I/M JETTON TALKING TO AN INMATE ON THE TIER WHILE I WAS IN MY CELL WHOM I COULDN'T SEE, SAYING...." YEAH I'M GOING TO GET THAT FOUL AT YARD, OFFICER'S WANT HIM HIT AND OFF THE YARD"! THE OTHER INMATE ASKED WHO, I/M JETTON SAID "AL", MEANING ME. AT YARD I WENT TO ASK JETTON ABOUT WHAT I HEARD, HE THEN CALLED ME A 'JACK-OFF-ARTIST' AND SEX OFFENDER AND APPROACHED ME THREATENLY. I WAS WALKING AWAY AND HE BEGAN ATTACKING ME, THEN I BEGAN DEFENDING MYSELF. THEY USED EXCESSIVE FORCE TO SEPARATE US AND WE WAS THEN PLACED IN HOLDING CAGES. I/M JETTON REFUSED TO SIGN THE CHRONO BUT THEY SENT HIM BACK TO THE BUILDING EVEN THOUGH HE'S HAD AT LEAST (3) FIGHT'S IN THE PAST (9) MONTHS AND I HAD NONE SINCE ARRIVING (9) MONTHS AGO. THEIR EXCUSE FOR SENDING ME OFF THE YARD IN FIRST (114 LOCK-UP ORDER) I RECIEVED WAS I HAD A NON-CONFIDENTIAL ENEMY (JETTON) AND DISCOVERED I HAD A CONFIDENTIAL ENEMY ON YARD AS WELL. I RECIEVED A REVISED 114 BY L.T. MORROW ON 5-6-22 NOT MENTIONING A CONFIDENTIAL ENEMY. I KNOW THIS WAS A CONCERTED EFFORT BY OFFICER'S TO HAVE ME ATTACKED AND REMOVED FROM A-YARD BECAUSE I/M JETTON WAS THE FIRST PERSON OFFICER ~~MARTEL~~ MARTELL TOLD I WAS A SEX OFFENDER, ETC. AS I STATED ON FIRST P.R.E.A. COMPLAINT. FURTHER PROOF IS HOW THEY KEPT ME LOCKED IN THAT CAGE FOR APPROX. (11) HOUR'S WITH NO MEDICAL TREATMENT AND I BELIEVE TOLD THE NURSE WHO DID THE 7219 FORM TO PUT I HAD NO INJURIES WHEN IT WAS EVIDENT I DID. INJURIES THAT I WAS LATER SENT OUT TO HOSPITAL (U.C. DAVIS) WITH A LACERATION ON MY UPPER LIP THAT HAD TO BE STITCHED UP, AND CONTUSIONS TO HEAD, SWELLING IN JAW & OTHER CUT'S, SCRAPES & ABRASIONS, WHICH THEY TRIED TO COVER-UP & WOULDN'T LET THE DOCTOR TREAT ME IMMEDIATELY AFTER I WAS ATTACKED. OTHER PROOF IS CAMERA FOOTAGE THAT JETTON ATTACKED ME BUT THEY INSINUATED ON 114 I WAS THE ATTACKER WHEN OFFICER'S SEEN ENTIRE INCIDENT. I/M JETTON IS KNOWN AS OFFICER'S IN 6-BLOCK "HIT-MAN" AND THIS IS EVIDENT BY THE NUMEROUS FIGHT'S HE'S HAD IN THE BLOCK IN MONTHS WITH NO RE-PROCUSSIONS SUCH AS C-STATUS OR LOSS OF HIS YARD FURTHER TOO, SHOWING COLLUSION. I WOULD LIKE FOR VIDEO FOOTAGE OF INCIDENT AND HOLDING CAGE AREA TO BE PRESERVED FOR CIVIL LITIGATION AND CRIMINAL INVESTIGATION FOR I WANT TO FILE CHARGES ON I/M JETTON AND ALL OFFICER'S INVOLVED IN THE COVER-UP OF THIS ASSAULT & BATTERY WITH GREAT BODILY INJURY ON ME. AND VIOLATING MY CIVIL RIGHTS BY KEEPING ME IN THAT CAGE WELL OVER (4) HOURS. I WOULD ALSO LIKE TO BE TRANSFERRED FROM THAT PRISON IMMEDIATELY BECAUSE I'M STILL BEING HARRASSED AND FEAR THESE OFFICER'S WILL TRY TO HURT OR KILL ME NEXT!!!

Reminder: Please attach all documents in your possession that support your claim(s).

Please note that this form and supporting documents will not be returned to you.

Claimant Signature: _Al Fisher_      Date Signed: 5-9-22

**CALIFORNIA DEPARTMENT** *of*
**Corrections and Rehabilitation**

# OFFICE OF GRIEVANCES DECISION

**Offender Name:** FISHER, AL GENE Jr          **Date:** 05/18/2022

**CDC#:** J42468

**Current Location:** SAC-Facility B          **Current Area/Bed:** B 008 1 – 022001L

**Log #:** 000000255170

## Claim #: 001

**Received at Institution/Parole Region:**     California State Prison, Sacramento
**Submitted to Facility/Parole District:**     SAC-Facility A
**Housing Area/Parole Unit:**
**Category:**   General Employee Performance          **Sub-Category:**   Other Staff Misconduct - NOS

The California Department of Corrections and Rehabilitation received your grievance on 05/11/2022 which you submitted on 05/09/2022.

Pursuant to the California Code of Regulations, title 15, your claim has been identified as an allegation of staff misconduct, meaning it will be referred outside the grievance and appeal process to an appropriate authority within the Department for the purpose of gathering facts needed to prove or disprove the allegation. A separate response will be provided to you at the conclusion of that process. This decision exhausts all administrative remedies available to you for this claim.

**Decision: Allegation of Staff Misconduct**

## Claim #: 002

**Received at Institution/Parole Region:**     California State Prison, Sacramento
**Submitted to Facility/Parole District:**     SAC-Facility A
**Housing Area/Parole Unit:**
**Category:**   Offender Services          **Sub-Category:**   Allegation against Inmate/Parolee

The California Department of Corrections and Rehabilitation received your grievance on 05/11/2022 which you submitted on 05/09/2022. Your allegation against an inmate or parolee was redirected to appropriate staff in accordance with the California Code of Regulations, title 15.

Your claim will be addressed by appropriate staff at California State Prison, Sacramento, as determined by the Reviewing Authority.

If you are dissatisfied with this response you may appeal this decision by mailing the CDCR Form 602-2 included in this response to the California Department of Corrections and Rehabilitation, Office of Appeals. Do not resubmit this claim to the Office of Grievances.

**Decision: Redirected**



**CALIFORNIA DEPARTMENT of**
**Corrections and Rehabilitation**

## CLAIMANT GRIEVANCE RECEIPT ACKNOWLEDGMENT

**Offender Name:** FISHER, AL.G. Jr                                    **CDC#:** J42468

**Date:** 05/11/2022

**Current Location:** SAC-Central Service                **Current Area/Bed:** S CT2 1006001L

**From:** Office of Grievances at California State Prison, Sacramento

**Re:** Log # 000000255170

The California Department of Corrections and Rehabilitation Office of Grievances at California State Prison, Sacramento received your grievance on 05/11/2022. Your grievance has been assigned for review and response.

Pursuant to California Code of Regulations, title 15, the Office of Grievances will complete its review no later than 07/11/2022.

Please be informed that the Office of Grievances will not respond to any inquiries about the status of a grievance prior to the date shown above.

CDCR SOMS OGRT300
CLAIMANT GRIEVANCE RECEIPT ACKNOWLEDGMENT

## EXHIBIT (D.)

3RD P.R.E.A. COMPLAINT I FILED (EMERGENCY) AFTER I WAS ATTACKED BY INMATE JETTON WHO WAS HOUSED IN MY BUILDING IN CELL 131 (6-BLOCK) WHO I MENTIONED IN FIRST P.R.E.A. COMPLAINT (SEE EXHIBIT-B). INMATE JETTON WORKED IN THE BUILDING (6-BLOCK) FOR ALL OFFICERS INVOLVED AND MENTIONED IN FIRST (2) P.R.E.A. COMPLAINT'S, AS A "PORTER" THAT'S WHY THEY USE TO TALK TOO HIM BECAUSE HE WAS THE "LEAD-PORTER" AND KNOWN TO OTHER INMATES AS AN IN-MATE WHO DO OFFICER'S "DIRTY WORK" AGAIN, I WAS NEVER INTERVIEWED BY ANY ONE NOR WAS MY SAFETY CONCERNS ADDRESSED I WAS ONLY SENT TO ANOTHER YARD (B-FACILITY) WHERE THE SAME RETALIATION/HARRASSMENT IS HAPPENING BECAUSE THIS IS THE YARD WHERE IT ALL STARTED WHERE I WITNESSED THE INMATE GET ASSAULTED BY OFFICER'S, OFFICERS INVOLVED ARE STILL HERE WORKING & CONSPIRING TO HAVE ME HURT OR KILLED. I'M SCARED TO LEAVE MY CELL WHEN I SEE CERTAIN OFFICER'S, I CAN'T GO TO GROUP OR NO TREATMENT OUT OF FEAR OF BEING ATTACKED AGAIN.

(SEE OTHER SIDE OF THIS PAGE)↵

CALIFORNIA DEPARTMENT *of*
**Corrections and Rehabilitation**

# RULES VIOLATION REPORT

| CDC NUMBER J42468 | INMATE'S NAME FISHER, AL G. Jr | MEPD 11/29/2023 | FACILITY SAC-Facility A | HOUSING LOCATION SAC-A - A 006 2 - 028001U |
|---|---|---|---|---|
| VIOLATION DATE 05/05/2022 | VIOLATION TIME 12:48:00 | VIOLATION LOCATION SAC-Facility A - YARD | | WITH STG NEXUS No |

Did the reporting employee ensure the inmate understands (to the best of his/her ability) the consequences of the continued misconduct? N/A

Did the reporting employee take into consideration the severity of the inmate's disability and the need for adaptive support services when determining the method of discipline? N/A

CIRCUMSTANCES OF VIOLATION

On Thursday, May 5, 2022, at approximately 1248 hours, I was performing my duties as A Facility Yard Officer #1 (Post# 222021). While observing the yard from the upper sally port area I observed Inmate JETTON (F64512/FA6-131L) and Inmate FISHER (J42468/FA6-228U) engaged in combat. Both inmates were identified via the Strategic Offenders Management System (SOMS). Inmate JETTON and Inmate FISHER were utilizing both fists and striking each other in the head and upper torso area. Inmate FISHER and Inmate JETTON engaged in mutual combat, ignoring direct orders to "get down" from responding staff. Multiple uses of force were utilized in order to subdue the attackers, gain compliance with a lawful order, and effect custody.

PERNR

| REPORTING EMPLOYEE T. Guerra | TITLE CORRECTIONAL OFFICER | ASSIGNMENT A YARD #1 | RDO MT | DATE: 05/05/2022 |
|---|---|---|---|---|

| RVR LOG NUMBER: 000000007181869 | VIOLATED RULE NUMBER: 3005(d)(1) |
|---|---|
| SPECIFIC ACT: Fighting | |

CLASSIFICATION

| LEVEL: Serious | OFFENSE DIVISION: Division D |
|---|---|
| REFERRED TO: Senior Hearing Officer | FELONY PROSECUTION LIKELY: No |

| REVIEWING SUPERVISOR C. Larsen | TITLE Sergeant | DATE 05/05/2022 |
|---|---|---|

| CLASSIFIED BY J. Stigelmayer | TITLE Lt | DATE 05/07/2022 |
|---|---|---|

CDCR SOMS ISST120 - RULES VIOLATION REPORT

SAC - California State Prison, Sacramento

| | |
|---|---|
| Patient: | **FISHER JR, AL GENE** |
| DOB/Age/Birth Gender: | 11/28/1968 / 53 years / Male        CDCR: J42468 |

### Progress Notes

1227 On-call provider notified. Ordered code2 UCD r/o head injury

1232 watch commander notified

1245 20g IV placed R AC

0139 EMS arrived.

0146 IP departed TTA via gurney. IP remained stable throughout stay at TTA. Able to ambulate to EMS gurney without assistance. Steady gait. See

Electronically Signed on 05/06/2022 02:03 AM PDT

Amavisca, Abraham RN, RN

| | |
|---|---|
| Document Type: | Progress Note-Nurse |
| Document Subject: | |
| Service Date/Time: | 5/5/2022 23:43 PDT |
| Result Status: | Auth (Verified) |
| Perform Information: | Edet,Janet RN (5/5/2022 23:51 PDT) |
| Sign Information: | Edet,Janet RN (5/5/2022 23:51 PDT) |
| Authentication Information: | Edet,Janet RN (5/5/2022 23:51 PDT) |

Encounter Info: Patient Name: AL FISHER,DOB: 11/28/1968,CDCR: J42468,FIN: 1000000191744589J42468,Facility: SAC,Encounter Type: Institutional Encounter

At approximately 2245 while observing IP in A-holding cell, IP informed this writer that ne needs sutures on his lip that he got into a fight earlier and he feel his lip is crack open. Unable to get a clear visual of the injury. No acute distress observed. Custody notified to take IP to get medical attention in TTA before MH evaluation. Was informed by custody that IP had already been cleared.

Electronically Signed on 05/05/2022 11:51 PM PDT

Edet, Janet RN, RN

| | |
|---|---|
| Document Type: | Progress Note-Nurse |
| Document Subject: | |
| Service Date/Time: | 5/5/2022 17:16 PDT |
| Result Status: | Auth (Verified) |
| Perform Information: | Amavisca,Abraham RN (5/5/2022 17:24 PDT) |
| Sign Information: | Amavisca,Abraham RN (5/5/2022 17:24 PDT) |
| Authentication Information: | Amavisca,Abraham RN (5/5/2022 17:24 PDT) |

Encounter Info: Patient Name: AL FISHER,DOB: 11/28/1968,CDCR: J42468,FIN: 1000000191744589J42468,Facility: SAC,Encounter Type: Institutional Encounter

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID: 56281690                                    Print Date/Time: 6/10/2022 11:17 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

SAC - California State Prison, Sacramento
Prison Road
P.O. Box 290002
Represa, CA 95671-

| | | |
|---|---|---|
| **Patient:** | **FISHER JR, AL GENE** | |
| DOB/Age/Birth Gender: | 11/28/1968  53 years | Male |
| Gender Identity: | Male | |
| Encounter Date: | 6/28/2021 | |
| Attending: | Aung,Nay P&S | |

CDCR #:  J42468
PID #:  11744589
Referring:

---

## *Progress Notes*

| | |
|---|---|
| Document Type: | Progress Note-Nurse |
| Document Subject: | |
| Service Date/Time: | 5/6/2022 02:02 PDT |
| Result Status: | Modified |
| Perform Information: | Amavisca,Abraham RN (5/6/2022 03:01 PDT); Amavisca, Abraham RN (5/6/2022 02:03 PDT) |
| Sign Information: | Amavisca,Abraham RN (5/6/2022 03:01 PDT); Amavisca, Abraham RN (5/6/2022 02:03 PDT) |
| Authentication Information: | Amavisca,Abraham RN (5/6/2022 03:01 PDT); Amavisca, Abraham RN (5/6/2022 02:03 PDT) |

**Addendum by Amavisca, Abraham RN on May 06, 2022 3:01 PDT**
 00:06 IP arrived to TTA
00:27 on-call provider notified
00:32 WC notified
00:45 IV placed


Electronically Signed on 05/06/2022 03:01 AM PDT

Amavisca, Abraham RN, RN


Modified by: Amavisca, Abraham RN, RN on 05/06/2022 03:01 AM PDT

Encounter Info: Patient Name: AL FISHER,DOB: 11/28/1968,CDCR: J42468,FIN: 1000000191744589J42468,Facility: SAC,Encounter Type: Institutional Encounter

1206 arrived to TTA via ambulation. steady gait. a/o x4. Calm demeanor. Cooperative. GCS 15. Unlabored breathing. Speaking in full sentences. c/o blurry vision in both eyes and feeling woozy. Denies losing LOC. 8/10 pain in jaw. IP states he was in an altercation around 1pm today. VS bp 130/87, hr 97, o2sat 99% RA, T 36.8 PERRLA x2, both eyes reddened (IP did state he got sprayed earlier) Swelling noted to left side of jaw. IP states he is unable to open mouth fully or pivot jaw. Denies having any injury inside of mouth. Contusion and abrasion noted above right eyebrow. No raccoon eyes or battle signs noted. Denies having any N/V at this time, but did state he vomited earlier in the day. 1cm laceration to right side upper lip, not actively bleeding, dry blood noted. No bleeding or drainage from inside ears or nose. Multiple abrasion marks to hands elbows, and knees of IP, superficial and not actively bleeding. IP given icepack and applied to swollen jaw. Laceration cleaned with NS;

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  56281690

Print Date/Time:  6/10/2022 11:17 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

* Auth (Verified) *

UCDHS-02          5/9/2022 11:01:58 AM  PAGE  5/027  Fax Server



UC DAVIS HEALTH

HOSPITAL
2315 Stockton Boulevard
Sacramento CA 95817-2201

Fisher*#, Al Jr Gene
MRN: 7932969, DOB: 11/28/1968, Sex: M

## 05/06/2022 - ED in EMERGENCY - PAVILION (continued)

**ED Provider Note (continued)**

Freely ranging his head.
Cardiovascular:
  Rate and Rhythm: Normal rate and regular rhythm.
  Pulses: Normal pulses.
  Heart sounds: Normal heart sounds.
Pulmonary:
  Effort: Pulmonary effort is normal. No respiratory distress.
  Breath sounds: Normal breath sounds.
  Comments: No chest wall tenderness to palpation.
Chest:
  Chest wall: No tenderness.
Abdominal:
  Palpations: Abdomen is soft.
  Tenderness: There is no abdominal tenderness.
  Comments: No abdominal tenderness to palpation.
Musculoskeletal:
  General: Normal range of motion.
  Cervical back: Normal range of motion and neck supple.
  Comments: Right shoulder tenderness to palpation.
Right shoulder an right clavicle pain
Skin:
  General: Skin is warm and dry.
  Comments: Skin tear over his left and right knee with no bony tenderness.
Road rash over right elbow, right wrist and right 5th digit.
Neurological:
  General: No focal deficit present.
  Mental Status: He is alert and oriented to person, place, and time.
Psychiatric:
  Mood and Affect: Mood normal.
  Behavior: Behavior normal.

**INITIAL ASSESSMENT & PLAN, MEDICAL DECISION MAKING, ED COURSE**
Al Jr Gene Fisher is a 53yr male who presents with a chief complaint of jaw pain.

Differential includes, but is not limited to: Left mandibular fracture right periorbital fracture laceration, intracranial
hemorrhage, conjunctival hemorrhage, retrobulbar hematoma
Amount/ Complexity of Data Reviewed
The results of the ED evaluation were notable for the following:

Pertinent lab results:
Labs Reviewed
CBC WITH DIFFERENTIAL - Abnormal

| Result | Value |
|---|---|
| White Blood Cell Count | 12.9 (*) |
| Red Blood Cell Count | 5.02 |
| Hemoglobin | 15.0 |

COPY - Protected Health Information - 05/09/2022 10:59:56-
MEDREC0644

Pag'

SAC

UCDHS-02          5/9/2022 11:01:58 AM   PAGE   9/027   Fax Server



| HOSPITAL | Fisher*#, Al Jr Gene |
|---|---|
| 2315 Stockton Boulevard | MRN: 7932969, DOB: 11/28/1988, Sex: M |
| Sacramento CA 95817-2201 | |

**05/06/2022 - ED in EMERGENCY - PAVILION (continued)**

ED Provider Note (continued)

**Chart Review:** I reviewed the patient's prior medical records. Pertinent information that is relevant to this encounter: No prior encounters.

**PATIENT SUMMARY:**
This is a 53-year-old incarcerated male victim of assault today with right eye pain and left jaw pain. Vital signs stable on arrival, scattered abrasions but no bony tenderness over upper or lower extremities. Visual acuity 20/40 bilateral uncorrected, patient usually wears glasses but does not have these with him- visual acuity of affected eye is equal to unaffected eye and for this reason doubt acute visual acuity change in affected eye. No discrete fluorescein uptake doubt corneal abrasion but does have right medial subconjunctival hemorrhage. IOP <20 bilaterally and no retrobul hemorrhage on CT.

Right lip laceration crossing vermilion border repaired with absorbable suture. Pain well controlled in ED with Tylenol/ibuprofen. Will discharge with conservative pain control measures and follow-up with PCP.

ED Course
Fri May 06, 2022
0640:     IOP 14OD 15OS
          Visual acuity: 20/40 OD 20/40 OS
0634:     Creatinine Blood: 0.93

ED Course User Index

**LAST VITAL SIGNS:**
Temp: 36.9 °C (98.5 °F) (05/06/22 0249)
Temp src: Oral (05/06/22 0249)
Pulse: 87 (05/06/22 0249)
BP: 132/83 (05/06/22 0249)
Resp: 16 (05/06/22 0357)
SpO2: 99 % (05/06/22 0249)
Weight: (not recorded)

**Clinical Impression:** S/p assault, subconjunctival hemorrhage

**Disposition:** Discharge. Follow up with PCP. ED discharge instructions were reviewed and provided.

**PATIENT'S GENERAL CONDITION:**
COPY - Protected Health Information - 05/09/2022 10:59:56-
MEDREC0644

Pag