UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL GENE FISHER, Jr., <br><br> Plaintiff, <br><br> v. <br><br> GALYEN, *et al.*, <br><br> Defendants. | Case No. 2:22-cv-01952-TLN-JDP (PC) <br><br> **ORDER** <br><br> GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME AND DENYING PLAINTIFF'S MOTION TO APPOINT COUNSEL <br><br> ECF Nos. 28 & 29 <br><br> AMENDED COMPLAINT DUE WITHIN THIRTY DAYS |

    Plaintiff is a state inmate proceeding without counsel in this civil rights action brought under 42 U.S.C. § 1983. Pending before the court is plaintiff's motion for an extension of time to file an amended complaint and motion for the appointment of counsel. ECF Nos. 28 & 29. Good cause appearing, plaintiff's motion for an extension of time is granted.

    Plaintiff does not have a constitutional right to appointed counsel in this action, *see Rand v. Rowland*, 113 F.3d 1520, 1525 (9th Cir. 1997), and the court lacks the authority to require an attorney to represent plaintiff. *See Mallard v. U.S. Dist. Ct. for the S. Dist. of Iowa*, 490 U.S. 296, 298 (1989). The court can request the voluntary assistance of counsel. *See* 28 U.S.C. § 1915(e)(1) ("The court may request an attorney to represent any person unable to afford counsel"); *Rand*, 113 F.3d at 1525. But without a means to compensate counsel, the court will

seek volunteer counsel only in exceptional circumstances. In determining whether such circumstances exist, "the district court must evaluate both the likelihood of success on the merits [and] the ability of the [plaintiff] to articulate his claims pro se in light of the complexity of the legal issues involved." *Rand*, 113 F.3d at 1525 (internal quotation marks and citations omitted).

The appointment of counsel is not warranted. The allegations in the complaint are not exceptionally complicated, plaintiff has submitted pleadings without the assistance of counsel, and he has not demonstrated that he is likely to succeed on the merits.

Accordingly, it is hereby ORDERED that:

1. Plaintiff's motion for an extension of time, ECF No. 28, is granted.
2. Plaintiff is granted thirty days from the date of this order to file an amended complaint.
3. Plaintiff's motion for the appointment of counsel, ECF No. 29, is denied.
4. Failure to comply with this order may result in a recommendation of dismissal.

IT IS SO ORDERED.

Dated: January 4, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2