UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL GENE FISHER, JR., | Case No. 2:22-cv-1952-TLN-JDP (P) |
| Plaintiff, | |
| v. | ORDER |
| GALYEN, *et al.*, | |
| Defendants. | |

Plaintiff has filed a motion asking that this case be set for a settlement conference. ECF No. 49. I have reviewed the docket and believe that at this time a settlement conference would be unlikely to be productive. Accordingly, plaintiff's request to set a settlement conference is denied without prejudice. If plaintiff still believes that a settlement conference would be beneficial after the court issues a decision on any forthcoming dispositive motions, he may renew this request.

Additionally, I will lift the stay issued on July 30, 2024, and direct defendants to file a response to the complaint within twenty-one days.

Accordingly, it is hereby ORDERED that:

1. Plaintiff's motion for a settlement conference, ECF No. 49, is DENIED.

2. The stay issued on July 30, 2024, ECF No. 39, is LIFTED.

3. Defendants are directed to file a response to plaintiff's complaint within twenty-one days of this order's issuance.

IT IS SO ORDERED.

Dated:   March 4, 2025  

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE