UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL GENE FISHER, JR.,<br><br>   Plaintiff,<br><br>   v.<br><br>GALYEN, et al.,<br><br>   Defendants. | Case No.  2:22-cv-1952-TLN-JDP (P)<br><br>**ORDER** |

Plaintiff Al Gene Fisher, Jr. ("Plaintiff"), a county inmate proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 30, 2025, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 62.) Neither party has filed objections to the findings and recommendations.

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007). The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 30, 2025 (ECF No. 62) are adopted in full;

2. This action is DISMISSED without prejudice for failure to prosecute and failure to comply with court orders for the reasons set forth in the October 2, 2025 Order (ECF No. 61);

3. Defendants' motion for summary judgment (ECF No. 57) is DENIED as moot; and

4. The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Date: December 9, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE